UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| **IN RE ADC TELECOMMUNICATIONS, INC. ERISA LITIGATION** | MBD No. 05-10307-RGS<br><br>Master File No. 03-2989 ADM/FLN<br>United States District Court<br>District of Minnesota<br><br>**CORPORATE DISCLOSURE STATEMENT** |

---

Pursuant to Local Rule 7.3(A), the ADC Defendants state that ADC Telecommunications, Inc. has no parent corporation and no publicly held company holds over 10% of its stock.

Dated: August 29, 2005                    GOULSTON & STORRS, P.C.


By /s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr. (BBO #659322)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, MA  02110-3333
Telephone:  (617) 482-1776
Email: pcurran@goulstonstorrs.com


*and*

DORSEY & WHITNEY LLP

Thomas P. Swigert #0266309
Andrew Holly #308171
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

*Attorneys for Defendant ADC Telecommunications, et al.*