


**WRITER'S INFORMATION**
pcurran@goulstonstorrs.com
617.574.7911 Tel
617.574.7812 Fax

August 31, 2005

**BY HAND DELIVERY**

Ms. Elaine Flaherty
Docket Clerk
Civil Clerk's Office
U.S. District Court for the District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02210

    Re:   *In re ADC Telecommunications, Inc. ERISA Litigation,*
            Case No. 05-mc-10307-RGS

Dear Judge Stearns:

    As we discussed on the telephone earlier today, please substitute the attached document for the document that we filed on Monday, August 29 as Exhibit A to the Affidavit of Andrew Holly. The attached document is the email referred to in Mr. Holly's affidavit.

    Please call me if you have any questions about this matter. Thank you very much for your help.

                                  Very truly yours,

                                  Patrick M. Curran, Jr.

Enclosures

cc (w/ encl.):   David Pastor, Esq. (by email & first class mail)
                     The Honorable Richard G. Stearns (by hand)

Goulston & Storrs, A Professional Corporation • Boston • DC • London* • New York
400 Atlantic Avenue • Boston, Massachusetts 02110-3333 • 617.482.1776 Tel • 617.574.4112 Fax • www.goulstonstorrs.com
*A Subsidiary of Goulston & Storrs, PC

**Holly, Andrew**

| | |
|---|---|
| **From:** | Scott Poynter [scott@emersonpoynter.com] |
| **Sent:** | Monday, August 08, 2005 1:38 PM |
| **To:** | Klaas, Heather; 'Edward W. Chang'; 'Vander Weide, Vernon J. (E-mail)'; jmeltzer@sbclasslaw.com |
| **Cc:** | Lucke, Steve; Swigert, Tom; Hartman, Amy; 'Ed Ciolko' |
| **Subject:** | RE: ADC ERISA Litig. |

Yes, all four identified experts.

Scott E. Poynter
Emerson Poynter LLP
2228 Cottondale Ln., Suite 100
Little Rock, AR 72202
Ph. 501.907.2555
Fx. 501.907.2556
www.emersonpoynter.com

---

**From:** Klaas, Heather [mailto:Klaas.Heather@dorsey.com]
**Sent:** Monday, August 08, 2005 12:41 PM
**To:** Scott Poynter; Edward W. Chang; Vander Weide, Vernon J. (E-mail); jmeltzer@sbclasslaw.com
**Cc:** Lucke, Steve; Swigert, Tom; Hartman, Amy; Ed Ciolko
**Subject:** RE: ADC ERISA Litig.

Yes. Will that include the documents requested in the subpoena issued to Mr. White as well?

-----Original Message-----
**From:** Scott Poynter [mailto:scott@emersonpoynter.com]
**Sent:** Monday, August 08, 2005 11:35 AM
**To:** Klaas, Heather; 'Edward W. Chang'; 'Vander Weide, Vernon J. (E-mail)'; jmeltzer@sbclasslaw.com
**Cc:** Lucke, Steve; Swigert, Tom; Hartman, Amy; 'Ed Ciolko'
**Subject:** RE: ADC ERISA Litig.

Heather: To be clear on one thing, we plan on producing the expert documents by 8/15. Those documents would be responsive to your requests and subpoenas (with return dates of 8/9/05). Is that acceptable to you?

Scott E. Poynter
Emerson Poynter LLP
2228 Cottondale Ln., Suite 100
Little Rock, AR 72202
Ph. 501.907.2555
Fx. 501.907.2556
www.emersonpoynter.com

---

**From:** Klaas, Heather [mailto:Klaas.Heather@dorsey.com]
**Sent:** Friday, August 05, 2005 5:05 PM
**To:** Scott Poynter; Edward W. Chang; Vander Weide, Vernon J. (E-mail); jmeltzer@sbclasslaw.com
**Cc:** Lucke, Steve; Swigert, Tom; Hartman, Amy
**Subject:** ADC ERISA Litig.

Please see the attached letter regarding discovery issues.

<<Poynter Ltr.pdf>>

Heather J. Klaas, Esq.
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Tel: 612-340-7880
Fax: 612-340-2807
klaas.heather@dorsey.com
www.dorsey.com

--
No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.338 / Virus Database: 267.10.1/64 - Release Date: 8/4/2005

--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.338 / Virus Database: 267.10.1/64 - Release Date: 8/4/2005

--
No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.338 / Virus Database: 267.10.1/64 - Release Date: 8/4/2005

--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.338 / Virus Database: 267.10.1/64 - Release Date: 8/4/2005

8/31/2005